```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
            :
MUHAMMAD MIAH,            :
            :
            :
                    Plaintiff,   :
            :   20-cv-01172 (LJL)
      -v-         :
            :   ORDER
            :
THE DOMINICK HOTEL,         :
            :
                    Defendant.   :
            :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Defendant shall file a motion for protective order (protecting it from disclosing the name of the individual identified as "The Gentleman" in Plaintiff's Complaint) no later than July 17, 2020 at 5:00 p.m. Plaintiff shall file a response no later than July 24, 2020 at 5:00 p.m. The letters shall not exceed three single-spaced pages.

      SO ORDERED.

Dated: July 10, 2020
       New York, New York
                                          LEWIS J. LIMAN
                                          United States District Judge