```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
MUHAMMAD MIAH,                                                       :
                                                                     :
                                    Plaintiff,                       :
                                                                     :           20-cv-01172 (LJL)
             -v-                                                     :
                                                                     :              ORDER
THE DOMINICK HOTEL,                                                  :
                                                                     :
                                    Defendant.                       :
                                                                     :
---------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/2020

LEWIS J. LIMAN, United States District Judge:

      Defendant, The Dominick Hotel, moves for a protective order permitting it to withhold from discovery the name and contact information for an individual identified in the Complaint. (Dkt. Nos. 19, 20.)  The individual was a hotel guest at the hotel where Plaintiff formerly worked as a bellman and doorman.  According to Plaintiff, the hotel's discriminatory decision to fire Plaintiff was a capitulation to this guest's complaints about Plaintiff—complaints that were motivated by discrimination on the basis of Plaintiff's race or national origin.  Defendant argues that production will compromise the confidentiality of its relationships with its guests and impair its business.  Plaintiff has opposed that motion, arguing that the information comes within the scope of discovery and that the confidentiality interests can be satisfied by treating the information as confidential under a protective order.  (Dkt. No. 21.)

      The motions for a protective order (Dkt. Nos. 19, 20) are DENIED to the extent they request an order from the Court that the name and contact information of the hotel guest need not be produced at all.  Unless "good cause" is shown, relevant information is generally discoverable.  *See* Fed. R. Civ. P. 26.  The name and contact information for this individual is plainly relevant to Plaintiff's employment discrimination claims.  Production of that information is proportional to the needs of the case.  *See id.*  Defendant's legitimate interests in protecting the confidentiality of its customer from public disclosure can be satisfied by treating it as confidential pursuant to a protective order.  The parties are directed to the Court's website (https://www.nysd.uscourts.gov/hon-lewis-j-liman) for the form of such an order and may submit it to the Court for approval no later than July 30, 2020 at 5:00 p.m.

      The Clerk of Court is respectfully directed to terminate Dkt. Nos. 19 and 20.

      SO ORDERED.

Dated: July 24, 2020
       New York, New York
                                                                       LEWIS J. LIMAN
                                                                       United States District Judge